UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUZAKKIR HOSSAIN and SHAKHAWAT HASSAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MEDIASTAR LIMITED d/b/a CHORKI and TRANSCOM LIMITED,<br><br>Defendants. | Case No. 1:24-cv-01201-KPF-OTW<br><br>Hon. Katherine P. Failla<br><br>Hon. Ona T. Wang |

**PLAINTIFFS' NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER PRELIMINARY INJUNCTION, ATTACHMENT, AND ORDER OF RESTRAINT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, upon the Declaration of Yitzchak Kopel and the exhibits attached thereto, and the accompanying Memorandum of Law, Plaintiffs will move before the Honorable Katherine Polk Failla in Courtroom 618 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for an Order (i) pursuant to Fed. R. Civ. P. 65(a), issuing a preliminary injunction, or, in the alternative, granting a temporary restraining order; (ii) pursuant to CPLR § 5229, as incorporated by Fed. R. Civ. P. 64(a), issuing an order of restraint against Defendants; and (iii) pursuant to § CPLR 6201(3), as incorporated by Fed. R. Civ. P. 64(a), issuing an order of attachment as to Defendants' assets.

A [Proposed] Order granting said relief is submitted herewith.

Dated: February 18, 2025

Respectfully submitted,

By: */s/ Yitzchak Kopel*
Yitzchak Kopel

**BURSOR & FISHER, P.A.**
Yitzchak Kopel
Max S. Roberts
Victoria X. Zhou
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: ykopel@bursor.com
mroberts@bursor.com
vzhou@bursor.com

*Attorneys for Plaintiffs*