UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUZAKKIR HOSSAIN and SHAKHAWAT HASSAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MEDIASTAR LIMITED d/b/a CHORKI and TRANSCOM LIMITED,<br><br>Defendants. | Case No. 1:24-cv-01201-KPF-OTW<br><br>**ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

Upon the Declaration of Yitzchak Kopel, dated February 18, 2025, and exhibits appended thereto, and Plaintiffs Muzakkir Hossain and Shakhawat Hassan's ("Plaintiffs") Memorandum of Law in Support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, Order of Attachment, and Order of Restraint, and such other and further submissions as may be made, and good and sufficient reason having been shown therefore, it is hereby:

ORDERED that Defendants Mediastar Limited d/b/a Chorki and Transcom Limited ("Defendants") appear and show cause before this Court at the U.S. Courthouse, 500 Pearl Street, New York, NY 10007, **on March 6, 2025, at 2:15 p.m.**, or as soon as thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure preliminarily enjoining the Defendants, and any of their affiliates or others acting in concert with them, from:

(i)     moving the chorki.com web domain outside of the United States, either through switching its domain proxy registrar from a United States entity to a foreign registrar or otherwise, and

(ii)     switching the current third-party payment processors for the chorki.com website and Android and iOS mobile applications from payment processors in the United States to foreign companies, and

  (iii) depositing funds processed by payment processors in the United States on the Chorki Website and/or mobile applications into any account located outside of the United States.

 AND IT IS FURTHER ORDERED that, sufficient reason having been shown therefore, and pursuant to Rule 65 of the Federal Rules of Civil Procedure, and it appearing that Plaintiffs and putative class members will suffer immediate and irreparable harm by Defendants before a hearing can be held on Plaintiffs' motion for a preliminary injunction, Defendants and any and all others in active concert and participation with them are temporarily restrained and enjoined from:

  (i) moving the chorki.com web domain outside of the United States, either through switching its domain proxy registrar from a United States entity to a foreign registrar or otherwise, and

  (ii) switching the current third-party payment processors for the chorki.com website and Android and iOS mobile applications from payment processors in the United States to foreign companies, and

  (iii) depositing funds processed by payment processors in the United States on the Chorki Website and/or mobile applications into any account located outside of the United States.

 AND IT IS FURTHER ORDERED, that Plaintiffs shall provide a copy of this Order to Show Cause, together with papers upon which it is based, by email to Timothy Raju Mahajan, counsel to Defendants, at raju@rajulaw.com, on or before **February 22, 2025**, which delivery shall be deemed good and sufficient service thereof.

             SO ORDERED.

Dated: New York, New York

  February 20, 2025

             _____
             The Hon. Katherine Polk Failla
             United States District Judge