# BURSOR & FISHER
## P.A.

**1330 Avenue of the Americas,**
**32nd Floor, New York, NY 10019**
www.bursor.com

**YITZCHAK KOPEL**
Tel: **646.837.7150**
Fax: **212.989.9163**
ykopel@bursor.com

February 18, 2025

<u>Via CM/ECF</u>
Hon. Katherine Polk Failla
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007



Re: *Hossain et al. v. Mediastar Limited et al.*, Case No. 1:24-cv-01201-KPF-OTW
<u>Plaintiffs' Request for Extension of Deadlines</u>

Dear Judge Failla,

  I represent Plaintiffs Muzakkir Hossain and Shakhawat Hassan ("Plaintiffs") in the above action. I write on behalf of Plaintiffs pursuant to Sections 9(B) of Your Honor's Individual Rules of Practice in Civil Cases to request an Order permitting Plaintiffs to file under seal the portions of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction ("Motion") that rely on or mention documents that have been marked "Confidential" pursuant to paragraph 1 of the Confidentiality Order, as well as Exhibit 8 to the Kopel Declaration in its entirety. ECF No. 35.

  Exhibit 8 to the Kopel Declaration is a single-page document containing confidential commercial information produced by third-party Apple Inc. in response to a subpoena for documents. This information was received in confidence from Apple Inc., and the redaction of portions of Plaintiffs' Motion is narrowly tailored to redact from public view only the confidential commercial information described above.

  Accordingly, for the reasons stated above and for good cause, Plaintiffs respectfully request the Court grant an Order permitting Kopel Declaration Exhibit 8 and the portions of the Motion that mention or cite to the information within Exhibit 8 be filed under seal pursuant to Fed. R. Civ. P. 26(c)(1)(G). Pursuant to Rule 9(B) of Your Honor's Individual Practices, I have (1) publicly filed this letter motion; (2) publicly filed each of the aforementioned documents with the proposed redactions; and (3) electronically filed each of the aforementioned documents under seal with the proposed redactions highlighted.

Respectfully submitted,

*/s/ Y. Kopel*

Yitzchak Kopel

CC: All Counsel of Record (via ECF)

Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at docket entry 42.

Dated:    February 21, 2025           SO ORDERED.
          New York, New York

                                      *[signature: Katherine Polk Failla]*

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE