**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MUZAKKIR HOSSAIN and SHAKHAWAT HASSAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSCOM LIMITED and MEDIASTAR LIMITED, d/b/a CHORKI,<br><br>Defendants. | Case No. 1:24-cv-01201-KPF-OTW<br><br>Hon. Katherine Polk Failla |

**DECLARATION OF YITZCHAK KOPEL IN OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION**

I, Yitzchak Kopel, hereby declare as follows.

1. I am a partner at Bursor & Fisher, P.A. I am an attorney at law licensed to practice in the bar of this Court. I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would testify competently thereto.

2. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Reconsideration.

3. In April 2025, I asked certain experts that I retained in this action to conduct a renewed investigation analyzing the location endpoints behind the Chorki website at chorki.com and the Android and iOS mobile applications. This type of analysis could help Plaintiffs determine the approximate physical location(s) where a digital asset was located through a third-party hosting service's account.

4. Plaintiffs' testing and analysis show that payments through the Paypal entity Defendants are using are made in U.S. dollars and traceable to servers from Fastly, Inc., a cloud computing company in the United States.

5. The same testing and analysis also show that payments through the Stripe entity Defendants are using are made in U.S. dollars and traceable to servers from Amazon.com, Inc.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct. Executed on April 14, 2025 in Paramus, NJ.

Y. Kopel

______________________________
Yitzchak Kopel