UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUZAKKIR HOSSAIN and SHAKHAWAT HASSAN, *individually and on behalf of all others similarly situated*,

       Plaintiffs,

     -v.-

MEDIASTAR LIMITED, *doing business as* CHORKI, and TRANSCOM LIMITED,

       Defendants.

24 Civ. 1201 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

  The Court has reviewed Defendants' motion for reconsideration and memorandum of law in support of their motion (Dkt. #61), as well as Plaintiffs' memorandum of law and the declaration of Yitzchak Kopel in opposition to the motion for reconsideration (Dkt. #62, 63).  In their motion, Defendants ask the Court to reconsider the preliminary injunction issued at the March 17, 2025 hearing.  As stated on the record at that hearing, Defendants are restrained from (i) moving the Chorki.com web domain outside of the United States or removing it from its current United States registrar; (ii) switching their current third-party payment processors from the Chorki.com website, Stripe, and PayPal, and their Android and iOS mobile applications; and (iii) depositing funds generated from U.S. payment processing into a bank account outside of the United States.

  For substantially the reasons stated by Plaintiffs, the Court DENIES the motion for reconsideration.  *See* Fed. R. Civ. P. 59(e).  While Defendants now

claim that they do not contract with U.S. payment processors such that they cannot comply with the third component of the preliminary injunction (Dkt. #61 at 2), the Court agrees with Plaintiffs that Defendants have (i) provided no evidence to support these assertions; and (ii) failed to explain why they failed to raise these purported issues at the hearing.

The Clerk of Court is directed to terminate the pending motion at docket entry 61.

SO ORDERED.

Dated:  May 6, 2025
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge