UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MUZAKKIR HOSSAIN and SHAKHAWAT HASSAN, *individually and on behalf of all others similarly situated*,

        Plaintiffs,

-v.-

MEDIASTAR LIMITED, *doing business as* CHORKI, and TRANSCOM LIMITED,

        Defendants.

24 Civ. 1201 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    The Court has reviewed parties' letters regarding compliance with the preliminary injunction. (Dkt. #74-76). The parties are ORDERED to appear for a telephonic conference on **August 7, 2025, at 11:00 a.m.** The dial-in information is as follows: At the scheduled date and time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

    SO ORDERED.

Dated:  July 30, 2025
          New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge