UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MUZAKKIR HOSSAIN and SHAKHAWAT HASSAN, *individually and on behalf of all others similarly situated*,

                Plaintiffs,

-v.-

MEDIASTAR LIMITED, *doing business as* CHORKI, and TRANSCOM LIMITED,

                Defendants.

24 Civ. 1201 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    The Court has received the parties' joint status update on the establishment of an escrow account (Dkt. #91), Defendants' request for clarification (Dkt. #92), and Plaintiffs' response to Defendants' request for clarification (Dkt. #94).

    The Court hereby ORDERS Defendants to set up an attorney escrow account as directed in its September 5, 2025 order. (Dkt. #85). Defendants may seek disbursements from the account for ordinary business expenses generated in the United States, such as those related to the payment-processing services. However, disbursements for attorney's fees and other expenses related to Defendants' Bangladeshi operations, which the Court does not consider to be ordinary business expenses generated in the United States, will not be allowed. In addition, Defendants must provide a regular accounting of the escrow account and submit invoices for any disbursements made from

the account.  The parties are directed to set up the escrow account and provide a status update to the Court on or before **October 15, 2025**.

SO ORDERED.

Dated:   September 29, 2025
         New York, New York

KATHERINE POLK FAILLA
United States District Judge