UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUZAKKIR HOSSAIN and SHAKHAWAT HASSAN, *individually and on behalf of all others similarly situated,*<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　　　-v.-<br><br>MEDIASTAR LIMITED, *doing business as* CHORKI, and TRANSCOM LIMITED,<br><br>　　　　　　　　　Defendants. | 24 Civ. 1201 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

For the reasons set forth in the Court's February 2, 2026 oral decision, the certificates of default against both Defendants are VACATED; Defendants' motion to dismiss for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2) is GRANTED with respect to Transcom Limited ("Transcom"); Defendants' motion to dismiss for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6) is DENIED; Mr. Timothy Raju Mahajan's motion to withdraw as defense counsel is GRANTED; and Plaintiffs' request to transfer funds into a new escrow account maintained by Plaintiffs is GRANTED.

The remaining Defendant — Mediastar Limited, doing business as Chorki ("Chorki") — is directed to retain defense counsel on or before **March 4, 2026**. If Chorki fails to comply with the Court's Orders, including the retention of new counsel by the specified deadline, the Court will enter a certificate of default against Chorki.  Plaintiffs are directed to update the Court on their

establishment of a new escrow account and to propose a briefing schedule on their anticipated motion for class certification on or before **March 18, 2026**.

The Clerk of Court is directed to terminate the pending motions at docket entries 82, 83, 103, 105, and 106.  The Clerk of Court is also directed to terminate Transcom as a defendant and Mr. Mahajan as defense counsel from the docket.

SO ORDERED.

Dated:   February 2, 2026
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2