UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUZAKKIR HOSSAIN and SHAKHAWAT HASSAN, *individually and on behalf of all others similarly situated,*

Plaintiffs,

-v.-

MEDIASTAR LIMITED, *doing business as* CHORKI,

Defendant.

24 Civ. 1201 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

In its February 2, 2026 Order, the Court made clear that the remaining Defendant — Mediastar Limited, doing business as Chorki ("Chorki") — must retain counsel on or before March 4, 2026, and that Chorki's failure to comply with the Court's Orders, including the retention of new counsel by the specified deadline, would result in the Court's entry of a certificate of default against Chorki.  (Dkt. #108).  Chorki has failed to retain counsel by the specified deadline.  The Court hereby directs the Clerk of Court to enter a default judgment as to liability against Chorki.

SO ORDERED.

Dated:   March 5, 2026
        New York, New York

KATHERINE POLK FAILLA
United States District Judge