UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MUZAKKIR HOSSAIN and SHAKHAWAT HASSAN, *individually and on behalf of all others similarly situated*,<br><br>               Plaintiffs,<br><br>         -v.-<br><br>MEDIASTAR LIMITED, *doing business as* CHORKI,<br><br>               Defendant. | 24 Civ. 1201 (KPF)<br><br>**CORRECTED ORDER** |

KATHERINE POLK FAILLA, District Judge:

In its February 2, 2026 Order, the Court made clear that the remaining Defendant — Mediastar Limited, doing business as Chorki ("Chorki") — must retain counsel on or before March 4, 2026, and that Chorki's failure to comply with the Court's Orders, including the retention of new counsel by the specified deadline, would result in the Court's entry of a certificate of default against Chorki. (Dkt. #108). Chorki has failed to retain counsel by the specified deadline.

The Court hereby directs the Clerk of Court to vacate its March 5, 2026 Order (Dkt. #112) entering a default judgment and to instead enter a certificate of default against Chorki.

SO ORDERED.

Dated:  March 6, 2026
       New York, New York

*Katherine Polk Failla*

_____
KATHERINE POLK FAILLA
United States District Judge