**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MUZAKKIR HOSSAIN and SHAKHAWAT HASSAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MEDIASTAR LIMITED d/b/a CHORKI,<br><br>Defendant. | Case No. 1:24-cv-01201-KPF<br><br>Hon. Katherine P. Failla |

**NOTICE OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Dated: April 17, 2026

**BURSOR & FISHER, P.A.**
Yitzchak Kopel
Max S. Roberts
Victoria X. Zhou
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: ykopel@bursor.com
mroberts@bursor.com
vzhou@bursor.com

*Counsel for Plaintiffs*

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, upon the Declaration of Yitzchak Kopel and the exhibits attached thereto and the accompanying Memorandum of Law, Plaintiffs will move before the Honorable Katherine Polk Failla in Courtroom 618 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for an Order, pursuant to Fed. R. Civ. P. 23(a), (b)(2), and (b)(3), to (i) certify a class of "[a]ll Chorki account holders who, between February 16, 2022 and November 6, 2024, viewed at least one video on the Website or on the App (the "Class");" (ii) appoint Plaintiffs Muzakkir Hossain and Shakhawat Hassan as representatives of that Class; and (iii) appoint Yitzchak Kopel, Max S. Roberts, and Victoria X. Zhou of Bursor & Fisher, P.A. as Class Counsel.

Dated: April 17, 2026

**BURSOR & FISHER, P.A.**
Yitzchak Kopel
Max S. Roberts
Victoria X. Zhou
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: ykopel@bursor.com
mroberts@bursor.com
vzhou@bursor.com

*Counsel for Plaintiffs*