# BURSOR & FISHER
P.A.

1330 Avenue of the Americas,
32nd Floor, New York, NY 10019
www.bursor.com



YITZCHAK KOPEL
Tel: 646.837.7150
Fax: 212.989.9163
ykopel@bursor.com

April 17, 2026

*Via CM/ECF*
Hon. Katherine Polk Failla
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

## MEMO ENDORSED

**Re:**    ***Hossain et al. v. Mediastar Limited*, Case No. 1:24-cv-01201-KPF-OTW**
       **Plaintiffs' Letter Motion To Seal**

Dear Judge Failla,

I represent Plaintiffs Muzakkir Hossain and Shakhawat Hassan ("Plaintiffs") in the above action. I write on behalf of Plaintiffs pursuant to Sections 9(B) of Your Honor's Individual Rules of Practice in Civil Cases to request an Order permitting Plaintiffs to file under seal certain portions of Plaintiffs' Motion for Class Certification ("Motion"), portions of the accompanying Kopel Declaration in Support of Class Certification, and Exhibits 2-3, and 9 to the Kopel Declaration. All of these rely on, mention, or inherently are documents that have been marked "Confidential" pursuant to paragraph 1 of the Confidentiality Order. ECF No. 35.

Exhibit 2 to the Kopel Declaration is a spreadsheet containing the total number of Website subscribers to Chorki who paid for their subscriptions via Stripe, Inc.'s services from February 16, 2022 through October 16, 2024. This information was received in confidence from Stripe, Inc., and this document has been marked "Confidential" pursuant to paragraph 1 of the Confidentiality Order. ECF No. 35.

Exhibit 3 to the Kopel Declaration is a spreadsheet from Google LLC containing the number of subscribers, by day, who used the Android App Store to pay for their subscriptions between February 16, 2022, and October 27, 2024. This information was received in confidence from Google LLC, and this document has been marked "Confidential" pursuant to paragraph 1 of the Confidentiality Order. ECF No. 35.

Exhibit 9 to the Kopel Declaration is a spreadsheet from Apple Inc. containing the total number of iOS App subscribers who used the App Store to pay for their subscriptions between February 16, 2022, and August 7, 2024. This information was received in confidence from Apple Inc., and this document has been marked "Confidential" pursuant to paragraph 1 of the Confidentiality Order. ECF No. 35.

Accordingly, for the reasons stated above and for good cause, Plaintiffs respectfully request the Court grant an Order permitting the following documents be filed under seal:

1. Exhibit 2 to the Kopel Declaration,
2. Exhibit 3 to the Kopel Declaration,

**BURSOR & FISHER** P.A.

3. Exhibit 9 to the Kopel Declaration,
4. portions of the Motion for Class Certification that rely on the aforementioned Exhibits or other documents marked "Confidential" in this action, and
5. portions of the accompanying Kopel Declaration that rely on the aforementioned Exhibits or other documents marked "Confidential" in this action.

Plaintiffs respectfully request the above documents and portions of documents be filed under seal pursuant to Fed. R. Civ. P. 26(c)(1)(G).  In compliance with Rule 9(B) of Your Honor's Individual Practices, I have (1) publicly filed this letter motion; (2) publicly filed each of the aforementioned documents with the proposed redactions; and (3) electronically filed each of the aforementioned documents under seal with the proposed redactions highlighted.

Respectfully submitted,

Yitzchak Kopel

CC: All Counsel of Record (via ECF)

Application GRANTED.

The Clerk of Court is directed to accept the proposed redactions in docket entries 120 and 122 and maintain the documents discussed above in docket entries 123 and 124 under seal, viewable to the Court and the parties only.  The Clerk of Court is further directed to terminate the pending motion at docket entry 118.

Separately, given the default of Defendant Mediastar Limited and its lack of representation, as well as Plaintiffs' current maintenance of the escrow account, Plaintiffs are directed to provide an accounting of the funds received into the escrow account on or before **June 30, 2026.**

Dated:    April 20, 2026          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE