BURSOR & FISHER P.A.

1330 AVE. OF THE AMERICAS
32ND FLOOR
NEW YORK, NY 10019
www.bursor.com

MAX S. ROBERTS
Tel: 646.837.7408
Fax: 212.989.9163
mroberts@bursor.com

April 28, 2026

***Via CM/ECF And E-Mail***
Hon. Katherine Polk Failla
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007

**Re: *Hossain et al. v. Mediastar Limited*, Case No. 1:24-cv-01201-KPF-OTW**
**Letter Motion Requesting Relief From Payment Processors**

Dear Judge Failla,

I represent Plaintiffs Muzakkir Hossain and Shakhawat Hassan in the above matter. I write pursuant to this Court's Individual Rule 2.C to respectfully request an Order regarding relief from the three of the four payment processors (PayPal, Google, and Stripe).

On February 2, 2026, the Court entered an Order permitting Plaintiffs to "transfer funds into a new escrow account maintained by Plaintiffs." ECF No. 108. On February 24, 2026, Plaintiffs' counsel established an interest-bearing attorney escrow account. Since that time, Plaintiffs' counsel has been in contact with the four payment processors to ensure any funds are transferred or deposited in this account. However, Apple and Google have requested that Chorki first take the step of setting the escrow account as its bank account in each service, something that Chorki has not done or has not been able to in the last month, and PayPal requires clarification from the Court before it can take any action. Accordingly, Plaintiffs respectfully request relief from each payment processor as set forth below and in the proposed order attached hereto.

## I. PLAINTIFFS' REQUEST FOR RELIEF FROM PAYPAL

Throughout March 2026, Plaintiffs' counsel and PayPal's counsel met and conferred regarding compliance with the Court's Orders. Based on information from a transaction completed by Plaintiffs' counsel on the Chorki website, PayPal identified an account owned by A Datanet Singapore Pte. Ltd. (the "Datanet Account") as the recipient of a transaction payment made on the Chorki Website and processed by PayPal. PayPal also identified the same account as the recipient of a transaction payment made on the Chorki iOS App. Notably, this Singaporean Datanet Account was created in August 2025, *after* the Court's Preliminary Injunction Order restraining Chokri from absconding funds outside of the United States.[1]

[1] Chorki's ongoing contempt of the Court's Orders are detailed in Plaintiffs' simultaneously-filed Motion For An Order To Show Cause Why Defendant Should Not Be Held In Contempt.

However, because the Datanet Account is not registered under the name of any Defendant and does not, on its face, appear to be owned by any Defendant, Plaintiffs respectfully request that the Court enter an order clarifying that the Datanet Account is subject to the Court's Orders and that the funds contained therein must be turned over to Plaintiffs' escrow account. PayPal does not oppose this request.

## II. PLAINTIFFS' REQUESTED RELIEF FROM STRIPE

On February 20, 2026, Plaintiffs' counsel contacted restraint-notices@stripe.com to schedule a call to discuss Stripe's compliance with the Court's escrow account order. On February 22, 2026, Stripe responded that Plaintiffs' counsel should contact support@stripe.com. The same day, Plaintiffs' counsel requested to speak to an attorney from Stripe rather than a generic response line. After failing to receive a response, Plaintiffs' counsel again emailed on March 3, 2026 to request to speak to Stripe's counsel and stated that Plaintiffs would move for relief if they did not receive a response. Notably, Plaintiffs' counsel e-mailed both the restraint-notices@stripe.com and support@stripe.com e-mails as requested, but received an e-mail from the support@stripe.com e-mail saying the "request has not reached our support team." Thus, Plaintiffs have not received a response from Stripe since.

Accordingly, Plaintiffs request an Order requiring an actual person at Stripe—either outside or in-house counsel—to meet and confer with Plaintiffs' counsel requiring compliance with the Court's Orders. To the extent Stripe refuses to comply, Plaintiffs' counsel requests an Order holding Stripe in contempt of the Court's Order for failure to deposit the relevant funds in Plaintiffs' counsel's escrow account.

## III. STATUS UPDATE AS TO APPLE

On or about February 24, 2026. Plaintiffs' counsel and Apple's counsel met and conferred about having Apple unilaterally set Plaintiffs' counsel's escrow account as the bank account for the Chorki Apple App. On March 10, 2026, Apple informed Plaintiffs that Apple would not take unilateral action to set the bank account as the escrow account, but had provided instructions for Chorki to do so itself.[2] To date, Chorki has not taken steps to set Plaintiffs' counsel's escrow account as its bank account.

Subsequently, Plaintiffs and Apple reached an agreement that avoids the need for a further Court order. Apple is continuing to restrain funds it processes pursuant to the Court's prior orders. Apple has agreed to provide the total dollar amount of the relevant Chorki funds pursuant to two subpoenas served between now and August 2026. Following any judgment against Chorki, any restrained funds would be deposited pursuant to Fed. R. Civ. P. 69.

## IV. STATUS UPDATE AS TO GOOGLE

On March 4, 2026, Google's counsel spoke with Chorki about setting Plaintiffs' counsel's escrow account as Chorki's bank account for the Chorki Android App. Between March 4, 2026 and March 10, 2026, Chorki attempted to set the escrow account as the bank account but received an error message each time. On April 1, 2026, following an investigation, Google's counsel

---

[2] The instructions Apple provided can be found here: https://developer.apple.com/help/app-store-connect/manage-banking-information/enter-banking-information/.

informed Plaintiffs' counsel that the reason for this error was that:

> for reasons relating to taxation and anti-money laundering, Google has rules in place that generally require non-U.S.-based developers to use bank accounts in their home country. [Google is] looking into whether those rules can be modified given the unusual circumstances here, to allow Mediastar to designate the escrow account to receive funds associated with Chorki app within Google Play.

In the interim, Google has been blocking all payments related to the Chorki App.

On April 27, 2026, Plaintiffs' counsel reached the same agreement with Google as with Apple above. Specifically, Google has agreed to provide the total dollar amount of the relevant Chorki funds pursuant to two subpoenas served between now and August 2026. Following any judgment against Chorki, any restrained funds would be deposited pursuant to Fed. R. Civ. P. 69.

## V. PROPOSED ACTIONS

Plaintiffs respectfully request that the Court enter an Order setting the following schedule:

- **Thirty (30) Days from Date of Order** – Deadline for PayPal to transfer funds sent from the Datanet Account, with account number ending in 5777, to Plaintiffs' escrow account.

- **May 12, 2026** – Deadline for counsel for Stripe to meet and confer with Plaintiffs' counsel.

Respectfully submitted,

[signature]

Max S. Roberts

cc: Asif Ul Haque – In-House Counsel for Defendant (Via E-Mail)
Counsel for the Payment Processors (Via E-Mail)