UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MUZAKKIR HOSSAIN and SHAKHAWAT HASSAN, *individually and on behalf of all others similarly situated,*

Plaintiffs,

-v.-

MEDIASTAR LIMITED, *doing business as* CHORKI,

Defendant.

---

24 Civ. 1201 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court has received Plaintiffs' motion for holding Defendant in contempt (Dkt. #126-28) as well as Plaintiffs' request for relief regarding the payment processors (Dkt. #129).

The Court directs Defendant to file a response to the motion for contempt on or before **May 15, 2026**.

In addition, the Court GRANTS Plaintiffs' request regarding the payment processors.  Specifically, PayPal is directed to transfer funds sent from the Datanet Account, with account number ending in 5777, to Plaintiffs' escrow account.  Furthermore, counsel for Stripe is directed to meet and confer with Plaintiffs' counsel on or before **May 12, 2026**.

The Clerk of Court is directed to terminate the pending motion at docket entry 129.

2

SO ORDERED.

Dated:   April 30, 2026
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge