BURSOR & FISHER P.A.

1330 AVE. OF THE AMERICAS
32ND FLOOR
NEW YORK, NY 10019
www.bursor.com

MAX S. ROBERTS
Tel: 646.837.7408
Fax: 212.989.9163
mroberts@bursor.com

May 14, 2026

***Via CM/ECF And E-Mail***
Hon. Katherine Polk Failla
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007

**Re: *Hossain et al. v. Mediastar Limited*, Case No. 1:24-cv-01201-KPF-OTW**
**Unopposed Letter Motion Requesting Relief From Stripe**

Dear Judge Failla,

I represent Plaintiffs Muzakkir Hossain and Shakhawat Hassan in the above matter. I write pursuant to this Court's Individual Rule 2.C to respectfully request an Order regarding relief from Stripe, which Stripe does not oppose.

On April 30, 2026, the Court granted Plaintiffs' letter motion (ECF No. 129) and ordered Stripe to meet and confer with Plaintiffs by no later than May 12, 2026 (ECF No. 130). Plaintiffs' counsel and Stripe's counsel have since conferred on the relief requested by Plaintiffs. As a result of these discussions, Plaintiffs and Stripe agreed to similar relief as that Plaintiffs requested from PayPal, and which the Court granted. Specifically, as reflected in the [Proposed] Order submitted herewith, Stripe agrees to deposit available funds from accounts associated with Defendant into Plaintiffs' escrow account. Stripe will then respond to monthly balance inquiries and wire funds within thirty (30) days of any such inquiry. Stripe will withhold funds held in "reserve," meaning collateral funds that Stripe holds and controls to satisfy any liabilities or potential liabilities a user (*e.g.*, Defendant) incurs pursuant to Stripe's Services Agreement.[1]

Accordingly, Plaintiffs respectfully request that the Court enter the [Proposed] Order submitted herewith and grant the (unopposed) requested relief from Stripe.

Respectfully submitted,

Max S. Roberts

cc: Asif Ul Haque – In-House Counsel for Defendant (Via E-Mail)
Counsel for Stripe (Via E-Mail)

---

[1] Available at https://stripe.com/legal/ssa-services-terms#stripe-payments.