**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MUZAKKIR HOSSAIN and SHAKHAWAT HASSAN, individually and on behalf of all others similarly situated, Plaintiffs, v. MEDIASTAR LIMITED d/b/a CHORKI, Defendant. | Case No. 1:24-cv-01201-KPF Hon. Katherine P. Failla |

**ORDER GRANTING UNOPPOSED LETTER MOTION**
**REQUESTING RELIEF FROM STRIPE**

Now before the Court is Plaintiffs Muzakkir Hossain and Shakhawat Hassan's Unopposed Letter Motion Requesting Relief from Stripe.  Having considered the Motion, and good cause appearing, the Court orders as follows:

1.    Plaintiffs' Motion is GRANTED.

2.    Stripe shall, by no later than **thirty (30) days after the issuance of this Order** and receipt of wiring instructions on bank letterhead, wire to the escrow account the funds currently reflected as "available" in the Stripe accounts with the following account IDs: (i) acct_1NEqFBSCZv1NPsCt; and (ii) acct_1MxSRaSH8vba3WPL.

3.    Nothing in this Order shall require Stripe to transfer funds held in reserve.  Such reserved funds shall only be transferred to the escrow account after they are released to the accounts' available balance.

4.    Stripe shall respond to monthly balance inquiries and wire funds within thirty (30) days of any such inquiry.

1

2

The Clerk of Court is directed to terminate the pending motion at docket entry 132.

Dated:    May 15, 2026          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

2