UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUZAKKIR HOSSAIN and
SHAKHAWAT HASSAN, *individually
and on behalf of all others similarly
situated*,

Plaintiffs,

-v.-

MEDIASTAR LIMITED, *doing
business as* CHORKI,

Defendant.

24 Civ. 1201 (KPF)

**CONTEMPT ORDER**

KATHERINE POLK FAILLA, District Judge:

Plaintiffs Muzakkir Hossain and Shakhawat Hassan have moved for
contempt and coercive sanctions against defaulting Defendant Mediastar
Limited ("Chorki") for violating this Court's Preliminary Injunction Order, which
enjoined Defendant from, among other things, switching payment processors it
used for the Chorki.com website and mobile applications to foreign payment
processors, and from transferring any funds outside of the United States.

Having considered the application filed by Plaintiffs consisting of the
Declaration of Max S. Roberts and the exhibits appended thereto, Plaintiffs'
Memorandum of Law in Support of Plaintiffs' Motion to Show Cause Why
Defendant Should Not Be Held In Contempt, and other submissions to the
Court, as well as conducting a hearing at which the defaulting Defendant failed
to appear, the Court is satisfied that Plaintiffs have made a sufficient and
proper showing in support of the relief and sought in their application.

It is hereby ORDERED that nonparty GoDaddy Inc. shall, within thirty (30) days of issuance of this Order, transfer the domain name registration of Chorki.com to Plaintiffs' counsel.  GoDaddy Inc. shall do so by making a good faith effort to first override the Domain Lock for www.chorki.com, if any, then initiate the transfer to non-GoDaddy Inc. domain registrars, generate the transfer key/authorization code and promptly provide the same to Plaintiffs' counsel, and finally override and approve any confirmation emails that may be sent to the email address currently enlisted as the registrant email address for chorki.com; and

It is hereby ORDERED that nonparty Google LLC shall, within thirty (30) days of issuance of this Order, completely shut down the Chorki Android mobile application's operations on the Google Play Store such that it is no longer available on Google LLC's platform; and

It is hereby ORDERED that nonparty Apple Inc. shall, within thirty (30) days of issuance of this Order, completely shut down the Chorki iOS mobile application's operations on the iOS mobile application platform such that it is no longer available on Apple Inc.'s platform; and

And it is FURTHER ORDERED, that Plaintiffs shall provide a copy of this Order by email to Asif Ul Haque, in-house counsel for Defendant, at asif.haque@chorki.com, on or before **June 25, 2026**, which delivery shall be deemed good and sufficient service thereof.

2

SO ORDERED.

Dated:   June 18, 2026
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge