BURSOR & FISHER
P.A.

1330 Ave. of the Americas
32nd Floor
New York, NY 10019
www.bursor.com

Max S. Roberts
Tel: 646.837.7408
Fax: 212.989.9163
mroberts@bursor.com

September 29, 2026

***Via CM/ECF And E-Mail***
Hon. Katherine Polk Failla
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007

**MEMO ENDORSED**

**Re: *Hossain et al. v. Mediastar Limited*, Case No. 1:24-cv-01201-KPF-OTW**
**Joint Letter Motion To Extend Time To File Preliminary Approval**

Dear Judge Failla,

I represent Plaintiffs Muzakkir Hossain and Shakhawat Hassan in the above matter. I write jointly on behalf of Plaintiff and Defendant to respectfully request a thirty (30) day extension of time for Plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement.

Good cause exists to grant this Motion. On August 21, 2026, Plaintiffs wrote the Court to inform the Court that the Parties had agreed to the material terms of a proposed class settlement. ECF No. 149. Since that time, the Parties have solicited bids for notice and are working on finalizing the full-form settlement agreement and the motion for preliminary approval itself. However, Defendant's counsel has been dealing with medical issues, and so the Parties require more time to finalize those documents.

Thus, the Parties respectfully request that the Court adjust the deadline for Plaintiffs to file the Motion for Preliminary Approval until **November 4, 2026**. This is the Parties' first request for an extension of the deadline to file preliminary approval.

Respectfully submitted,

Max S. Roberts

cc: All Counsel of Record (Via ECF and E-Mail)

Application GRANTED. The deadline for Plaintiffs to file the Motion for Preliminary Approval of Class Action Settlement is hereby adjourned to on or before **November 4, 2026.**

Dated: September 30, 2026
New York, New York

SO ORDERED.



HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE